UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| COURTNEY ADAMS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:17-CV-313 |
| | ) |
| BLOUNT COUNTY, TENNESSEE, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the court on the plaintiffs' motion to life the stay in this case and set the case for trial [Doc. 175].

On June 24, 2019, the Court entered a stay of proceedings in this case pending resolution by the Sixth Circuit Court of Appeals of defendant Burns' interlocutory appeal of the Court's denial of qualified immunity. On January 8, 2020, the Sixth Circuit dismissed Burns' appeal.

For the good cause stated the motion is **GRANTED**, as follows:

1. The trial of this case is continued and shall commence on **February 23, 2021.** A final pretrial conference will not be scheduled at this time. Should the court determine that such a hearing is necessary, the parties will be notified by separate notice**.**

2. All deadlines contained in the scheduling order previously entered in this case shall be adjusted to correspond to the new trial date.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**