# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

**Courtney Adams,** as Mother and Next Friend of K.E. and V.E., Minor children of Decedent, and **Kim Huskey**, Mother of Decedent and Personal Representative of **Estate of Anthony Edwards**,

    Plaintiffs,

v.

**Blount County**,
**Blount County Sheriff James L. Berrong**, In his Official Capacity,
**Unidentified Supervisor** with Sheriff's Department in his Individual Capacity, and Official Capacity, **Deputy Jerry Burns**, In his Individual and Official Capacity, and Deputy **James Patty**, In his Individual And Official Capacity

    Defendants.

Docket No.: 3:17- CV-00313

**JURY TRIAL DEMANDED**

## FINAL WITNESS LIST

Come now the Defendants, Blount County, Tennessee and Deputy Jerry Burns, in his individual capacity, and in accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure and paragraph 6(g) of the *Scheduling Order* (Doc 16) entered October 25, 2017 and the *Amended Scheduling Order* (Doc. 184), submit the following as their witness list for the trial that is currently set to begin on March 8, 2021.

**Defendants expect to call:**

1. Deputy Jerry Burns

2. Deputy James Patty

3. Deputy Michael Bennett

4. Dan R. Dunn

5. Lauren Hatcher

6. Sergeant Scotty Boyd

7. Detective Doug Davis

8. Jeff French

9. Expert Anthony Thomas

**Witnesses who may be called:**

1. CID Andy Waters

2. Frank Long

3. Cindy Reno

4. Danny Reno

5. Christopher Ogle

6. Jennifer Lingenfelter

7. Adam Patrick

8. Travis Hickam

9. SSA Anthony H. Crabtree
   Federal Bureau of Investigation

10. Assistant United States Attorney Jennifer Kolman

11. Angela McMahan

12. Deputy Ryan Bumbalough

13. Tim Hutchison

14. Any witnesses set forth on the Plaintiff's witness list.

15. Any rebuttal witnesses

16. Any witness for impeachment purposes.

**Witnesses expected to testify by means of a deposition:**

1. James Patty

Respectfully submitted the 1st day of June, 2021.

/s Craig L. Garrett
Craig L. Garrett, BPR # 010227
*Attorney for Defendants Blount County, Tennessee,*
607 Smithview Drive
Maryville, Tennessee 37803
(865) 984-8200


/s Gary M. Prince
Gary M. Prince, BPR# 010091
N. Craig Strand, BPR# 028381
O'NEIL, PARKER & WILLIAMSON, PLLC
Attorneys for Deputy Jerry Burns, in his individual capacity
7610 Gleason Drive, Suite 200
Knoxville, Tennessee 37919
865-546-7190
865-546-0789 fax.


**CERTIFICATE OF SERVICE**

I do hereby certify that on June 1st, 2021, an exact copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s Gary M. Prince
for O'Neil, Parker & Williamson