# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

**Courtney Adams,** as Mother and
Next Friend of K.E. and V.E.,
Minor children of Decedent, and
**Kim Huskey**, Mother of Decedent and
Personal Representative of **Estate of
Anthony Edwards**,

      Plaintiffs,

v.

Docket No.: 3:17- CV-00313

**JURY TRIAL DEMANDED**

**Blount County**,
**Blount County Sheriff James L. Berrong**,
In his Official Capacity,
**Unidentified Supervisor** with Sheriff's
Department in his Individual Capacity, and Official
Capacity, **Deputy Jerry Burns**, In his
Individual and Official Capacity, and
Deputy **James Patty**, In his Individual
And Official Capacity

      Defendants.

## EXHIBIT LIST

Come now the defendants, by and through counsel, and in accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure and the *Scheduling Order* (Doc 16) entered October 25, 2017, submit the following as their exhibit list for the trial that is currently set to begin on March 5, 2019. Defendants rely on previously provided *Final Witness Lists* (Doc. 145; 146) as to the witness list required under Rule 26(a)(3) of the Federal Rules of Civil Procedure.

**Documents or other exhibits for which the defendants expect to use:**

1.     (4) DVD disc containing cruiser videos, body cam videos and other videos;

2.     Call Detail Report relating to the incident of July 25, 2016;

3. Report for the taser issued to Officer Jerry Burns;

4. Use of Force Report relating to Anthony Edwards;

5. Incident Report of July 25, 2016;

6. Autopsy Order and Autopsy Report;

7. LabCorp and Blount Memorial Hospital records for lab work on Officer Jerry Burns;

8. Driver license photo of Anthony Edwards;

9. Log of 911 calls relating to incident;

10. Out of County criminal reports of Anthony Edwards;

11. Photo log, measurements and diagram with key, property/evidence paperwork;

12. Citizens complaint and inquiry form;

13. Employee incident report;

14. Blount County Sheriff's Office Use of Force Policy 1.05;

15. Blount County Sheriff's Office Use of Force Report;

16. Incident Report by Officer Burns;

17. Deputy Burns Narrative 7/25/16;

18. Criminal history of Edwards and Hickam;

19. Blount County Comm Center Call Detail Report 7/25/16;

20. Travis Hickam Statement 7/25/16;

21. Danny Dunn Statement;

22. Workers comp. paperwork of Jerry Burns;

23. Capias/Bench warrant-Sevier County General Sessions Court of Anthony Edwards;

24. Taser evidence sync;

25. Blount County Sheriff's Office Crime Scene sign in/subpoena list;

26. Wanted poster with photo regarding Dylan Tarbett;

27. Blount County Sheriff's Office radio communication and cell phone/communication 7/25/16;

28. CV of Expert Anthony Thomas;

29. PPCT Defensive Tactics Instructor-Trainer Manual;

30. SSGT Defensive Tactics Instructor Manual;

31. Police Use of Force Instructor Guide;

32. Force Science Institute—Specialist Manual;

33. Google Map Bird's Eye Image

34. Incident Reports concerning Travis Hickam post incident in question

35. Audio Recording of Hickam's interview with Tim Hutchinson;

**Documents or other exhibits for which the defendants may use:**

1. Miranda Waivers and written statements from Officers Joshua Riggle, Ryan Bumbalough, Scotty Boyd, Jerry Burns, James Patty, Michael Bennett and Allen Russell;

2. Handwritten notes of various officers involved in investigation;

3. NCIC printouts;

4. In-car/body camera time log;

5. FBI report;

6. Administrative review narrative;

7. Memo to Chief French from Chief Spangler regarding administrative review;

8. Deputy Michael Bennett written statement;

9. Deputy James Patty written statement;

10. Blount County Sheriff's Office multiple offender sheet by Deputy Burns;

11. Deputy Ryan Bumbalough narrative to Captain Clark;

12. Deputy Riggle narrative to Captain Clark;

13. Cpl. Russell narrative to Captain Clark;

14. Blount County Sheriff's Office property inventory of A. Edwards;

15. UT Medical Center patient property list;

16. Inmate history regarding Jonah Cartwright;

17. Interview with Christopher Drake **(video)**;

18. Interview of Officer Ryan Bumbalough by CID **(video)**;

19. Interview of Officer Scotty Boyd by CID **(video)**;

20. Interview of Officer Jerry Burns by CID **(video and transcript)**;

21. Interview of Officer Josh Riggle by CID **(video)**;

22. Interview of Officer James Patty by CID **(video and transcript)**;

23. Interview of Officer Michael Bennett by CID **(transcript only)**;

24. Interview of Officer Allen Russell by CID **(transcript only)**;

25. Commission on Accreditation for Law Enforcement Agencies Standard;

26. Blount County Sheriff's Regional Law Enforcement Standards and Requirements

27. 2019 Annual Report of James L. Berrong

28. Any exhibit listed by Plaintiff or other defendants;

29. Any exhibit for impeachment purposes.

Respectfully submitted this 1st day of June, 2021.

O'NEIL PARKER & WILLIAMSON, PLLC

/s Gary M. Prince
Gary M. Prince, BPR# 010091
N. Craig Strand, BPR# 028381
Attorneys for Deputy Jerry Burns and James Patty,
in their individual capacities
7610 Gleason Drive, Suite 200
Knoxville, Tennessee 37919
865-546-7190
865-546-0789 fax.

/s Craig L. Garrett
Craig L. Garrett, BPR # 010227
*Attorney for Defendants Blount County, Tennessee,
Blount County Sheriff James L. Berrong in his
official capacity, Lt. Scotty Boyd in his
official capacity, Deputy Jerry Burns in his official
capacity, and Deputy James Patty in his official
capacity*
607 Smithview Drive
Maryville, Tennessee 37803
(865) 984-8200

**CERTIFICATE OF SERVICE**

I do hereby certify that on June 1, 2021, an exact copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s Gary M. Prince
for O'Neil, Parker & Williamson