## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **Courtney Adams,** as Mother and Next Friend of K.E. and V.E., Minor children of Decedent, and **Kim Huskey**, Mother of Decedent and Personal Representative of **Estate of Anthony Edwards**, <br><br> Plaintiffs, <br><br> v. <br><br> **Blount County**, **Blount County Sheriff James L. Berrong**, In his Official Capacity, **Unidentified Supervisor** with Sheriff's Department in his Individual Capacity, and Official Capacity, **Deputy Jerry Burns**, In his Individual and Official Capacity, and Deputy **James Patty**, In his Individual And Official Capacity <br><br> Defendants. | Docket No.: 3:17- CV-00313 <br><br> **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Courtney Adams, as Mother and Next Friend of K.E. and V.E.,Minor children of Decedent and Kim Huskey, Mother of Decedent and Personal Representative of Estate of Anthony Edwards and defendants, Blount County, Tennessee and Sheriff James L. Berrong in his Official Capacity, Deputy Jerry Burns in his Individual and Official capacity and James Patty in his Individual and Official Capacity, hereby stipulate that all claims (including any and all claims for attorney fees, discretionary costs, court costs or any other claims whatsoever) raised by

Plaintiffs against the defendants in the above-styled cause of action are hereby dismissed with prejudice. This lawsuit is dismissed in its entirety with full prejudice to refiling.

STIPULATED TO AND APPROVED TO BY:

/s Gary M. Prince
Gary M. Prince, BPR#010091
N. Craig Strand, BPR #028381
ONEIL, PARKER & WILLIAMSON, PLLC
*Attorneys for Jerry Burns, in his*
*individual capacity*
7610 Gleason Drive, Ste. 200
Knoxville, Tennessee 37919
865-546-7190
865-546-0789 (fax)


/s Craig L. Garrett
Craig L. Garrett, BPR # 010227
*Attorney for Defendants Blount County, Tennessee,*
*Blount County Sheriff James L. Berrong in his*
*official capacity, Lt. Scotty Boyd in his*
*official capacity, Deputy Jerry Burns in his official*
*capacity, and Deputy James Patty in his official*
*capacity*
607 Smithview Drive
Maryville, Tennessee 37803
(865) 984-8200

/s/ Troy L. Bowlin, II
Troy L. Bowlin, II, BPR # 025893
*Attorney for Plaintiffs*
First Tennessee Plaza
800 South Gay Street, Suite 2131
Knoxville, Tennessee 37929
(865) 245-2011
troy@tblf-pc.com

## CERTIFICATE OF SERVICE

      I do hereby certify that on _____*July 21, 2021*_____ 2021, an exact copy of this pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

                                    *s/ Troy L. Bowlin II*
                                  **THE BOWLIN LAW FIRM P.C.**